# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RENEE D. BELL,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　　Case No:   6:15-cv-706-Orl-22GJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's appeal from a final decision of the Commissioner of Social Security awarding her a closed period of disability benefits.

The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be reversed and remanded for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed August 8, 2016 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2.　　The final decision of the Commissioner awarding a closed period of disability benefits is hereby REVERSED and the case REMANDED for further proceedings pursuant to sentence four of Section 405(g).

3.　　The Clerk is directed to enter judgment in favor of the Claimant and against the Commissioner.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 23, 2016.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties